IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | No. C 14-80021 WHA |
| In the Matter of Robert William Bates - #125291 | **ORDER OF SUSPENSION** |

Because Robert William Bates has failed to respond to the order to show cause, Mr. Bates' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: April 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE